JOSEPH E. THOMAS (State Bar No. 101443)
jthomas@twtlaw.com
WILLIAM J. KOLEGRAFF (State Bar No. 183861)
bkolegraff@twtlaw.com
JAMES M. WHITELAW (State Bar No. 171974)
jwhitelaw@twtlaw.com
KERRI A. RICH (State Bar No. 239667)
krich@twtlaw.com
**THOMAS WHITELAW LLP**
18101 Von Karman Avenue, Suite 230
Irvine, California 92612-7132
Telephone: (949) 679-6400
Facsimile: (949) 679-6405

EDWARD C. FLYNN
eflynn@cohengrace.com
MARK A. GRACE
mgrace@cohengrace.com
THOMAS C. WETTACH
twettach@cohengrace.com
**COHEN & GRACE, LLC**
105 Braunlich Drive, Suite 300
Pittsburgh, PA 15237
Telephone: (412) 847-0300
Facsimile: (412) 847-0304
*Pro Hac Vice Status Pending*

Attorneys for Plaintiff
CHIP PACKAGING SOLUTIONS LLC

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAR 26 2013
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHIP PACKAGING SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TEXAS INSTRUMENTS, INC.<br><br>　　　　Defendant. | CASE NO: SACV13-479 AG(ANx)<br><br>JURY TRIAL DEMANDED<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>Trial Date: None Set |

151547

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, Chip Packaging Solutions LLC ("CPS"), by and through its attorneys, files this Complaint for Patent Infringement against Defendant, TEXAS INSTRUMENTS, INC. ("TI"), and avers as follows:

## PARTIES

1. CPS is a limited liability company formed and existing under the laws of Texas, having its principal place of business at 2400 Dallas Parkway, Plano, TX 75093. CPS is the owner, through assignment, of the entire right, title and interest in United States Patent No. 5,838,072, entitled "INTRACHIP POWER DISTRIBUTION PACKAGE AND METHOD FOR SEMICONDUCTORS HAVING A SUPPLY NODE ELECTRICALLY INTERCONNECTED WITH ONE OR MORE INTERMEDIATE NODES" ("the 072 Patent").

2. Upon information and belief, TI is a corporation incorporated under the laws of Delaware, having its principal place of business at 12500 TI Boulevard, Dallas, TX 75243. TI's registered agent for service of process in the State of California is CT Corporation, 818 W. Seventh St., Los Angeles, CA 90017.

3. Upon information and belief, TI is and has been engaged in the business of manufacturing, using, marketing, offering for sale, and/or selling in the United States, and/or importing into the United States, semiconductor chip packages that allow distribution of electrical power to semiconductor chips within an integrated circuit.

## JURISDICTION AND VENUE

4. This action arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and § 1338(a).

5. This Court has personal jurisdiction over Defendant in this district, in that Defendant, directly or through their agents, are residents of, and/or have regularly conducted business activities in this district; have committed infringing activities in this district by manufacturing, using, marketing, offering for sale,

151547

1  selling and/or importing products and systems that infringe the '072 Patent; and/or
2  have placed products and systems that infringe the '072 Patent in the stream of
3  commerce with the knowledge and intent that they would be used, offered for sale
4  and/or sold by others in this district.

5      6. Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(b).

## GENERAL ALLEGATIONS

7. The '072 Patent was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on November 17, 1998, naming Li-Chun Li, Lawrence C. Liu and Michael A. Murray as inventors, and Mosel Vitalic Corporation as assignor. A true and correct copy of the '072 Patent is attached as Exhibit "A" hereto.

8. The '072 Patent relates to a structure of an integrated circuit package that is comprised of a semiconductor die, a supply node electrically connected to a power source, intermediate nodes, and respective conductive leads lying external to and within the periphery of the die. The '072 Patent further describes a method for distributing power from the supply node to the intermediate nodes electrically connected to the circuitry of the semiconductor die, utilizing minimal chip space.

9. The '072 Patent as issued by the USPTO is valid and enforceable.

10. The '072 Patent was ultimately assigned to CPS, and CPS is the exclusive and current owner of all rights, title and interest in the '072 Patent, and is entitled to enforce the '072 Patent against infringers, including by commencing the present action.

11. TI has engaged and continues to engage in acts of infringement under 35 U.S.C. § 271, *inter alia*, by manufacturing, using, offering for sale and/or selling in the United States, products and systems comprising semiconductor chip packages that embody each element of at least one (1) claim of the '072 Patent, including, without limitation, Independent Claim 1, either literally or by equivalence.

12. By way of example only, one of the infringing products that TI has

specifically manufactured, used, offered for sale and/or sold in the United States, and/or imported into the United States for sale, and continues to manufacture, use, offer for sale and/or sell in the United States, and/or import into the United States for sale, is the TI OMAP 2420 EZAC Processor.

13. TI does not have a license or other authorization to practice the claims set forth in the '072 Patent.

## CLAIM FOR PATENT INFRINGEMENT

14. CPS incorporates by reference and in their entirety the averments set forth is paragraphs 1 through 13, inclusive, of this Complaint.

15. TI has manufactured, used, offered for sale, sold and/or imported into the United States for sale, and continues to manufacture, use, offer for sale, sell and/or import into the United States for sale, semiconductor chip packages that infringe at least one claim of the '072 Patent.

16. TI has caused and will continue to cause CPS substantial damage by virtue of its infringing activities.

17. CPS is entitled to recover from TI the damages it has sustained as a result of TI's infringing activities.

## DEMAND FOR JURY TRIAL

18. CPS hereby demands a trial by jury of all issues triable of right before a jury.

## PRAYER FOR RELIEF

WHEREFORE, CPS respectfully requests the following relief:

a) That this Court enter judgment in favor of CPS and against TI that TI has infringed the '072 Patent;

b) That this Court award CPS all damages adequate to compensate CPS for the harm it has suffered as a result of TI's infringement of the '072 Patent, together with interest and costs as fixed by the Court, all pursuant to 35 U.S.C. § 284;

    c)    In the event that evidence is adduced through discovery or at trial that TI's infringement was willful and deliberate, that this Court award CPS enhanced damages pursuant to 35 U.S.C. § 284;

    d)    In the event that circumstances warrant a declaration that this case be declared to be exceptional, that this Court award CPS its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

    e)    That this Court award to CPS such other and further relief as this Court deems to be just and proper.

DATED: March 26, 2013    THOMAS WHITELAW LLP

By: /s/ *[signature]*
JOSEPH E. THOMAS
WILLIAM J. KOLEGRAFF
JAMES M. WHITELAW
KERRI A. RICH
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Andrew Guilford and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### SACV13- 479 AG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Joseph E. Thomas (State Bar No. 101443)
William J. Kolegraff (State Bar No. 183861)
THOMAS WHITELAW LLP
18101 Von Karman Avenue, Suite 230
Irvine, California 92612

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIP PACKAGING SOLUTIONS LLC, <br><br> PLAINTIFF(S) <br><br> v. <br><br> TEXAS INSTRUMENTS, INC. <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **SACV13-479 AG(ANx)** <br><br><br> **SUMMONS** |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Joseph E. Thomas/William J. Kolegraff_, whose address is _18101 Von Karman Avenue, Suite 230, Irvine, California 92612_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __MAR 26 2013__

Clerk, U.S. District Court

By: __NANCY INTERIANO__
Deputy Clerk

(Seal of the Court)  1224

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
CHIP PACKAGING SOLUTIONS LLC

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
TEXAS INSTRUMENTS, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Joseph E. Thomas/William J. Kolegraff
THOMAS WHITELAW LLP
18101 Von Karman Avenue, Suite 230, Irvine, California 92612
(949) 679-6400

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. §§ 271, et seq.
Infringement of U.S. Patent No. 5,838,072

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** ☐ 463 Alien Detainee | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 510 Motions to Vacate Sentence | ☒ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** ☐ 310 Airplane | **PERSONAL PROPERTY** ☐ 370 Other Fraud | **Other:** ☐ 540 Mandamus/Other | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpratice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accomodations | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

FOR OFFICE USE ONLY: Case Number: **SACV13-479 AG(ANx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Chip Packaging Solutions LLC - Texas |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Texas Instruments, Inc. - Orange County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_  DATE: March 26, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |